IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-94-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| SYLVESTER NORMAN KNOWS HIS GUN, | |
| Defendant. | |

On January 12, 2017, the Court held a hearing to address the question of whether Defendant Sylvester Norman Knows His Gun is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Upon the oral stipulation by the parties at the January 12, 2017 hearing,

IT IS HEREBY ORDERED:

The Court has determined that Defendant Sylvester Norman Knows His Gun is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

IT IS FURTHER ORDERED:

The Final Revocation Hearing in the above-matter is RESET for **Tuesday, January 24, 2017 at 9:30 a.m.** in the Snowy Mountains Courtroom of the James F. Battin U. S. Courthouse, Billings, Montana.

DATED this 12th day of January, 2017.

SUSAN P. WATTERS
United States District Judge