

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 03-94-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| SYLVESTER NORMAN KNOWS HIS GUN, III, | |
| Defendant. | |

For the reasons stated on the record, SYLVESTER NORMAN KNOWS HIS GUN, III is hereby released from the custody of the U.S. Marshal Service.

DATED this 24th day of February, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE